# Court of Appeals of the State of Georgia

ATLANTA,  March 28, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1007. CARLOS H. HENRIQUEZ v. TAMARA BENNETT**

This case began as an action for damages in magistrate court. Following an adverse ruling, Carlos Henriquez appealed to the state court, which entered a directed verdict for Tamara Bennett. Henriquez filed a notice of appeal from the trial court's order.  We lack jurisdiction.

Because the state court's order disposed of a de novo appeal from a magistrate court decision, Henriquez was required to follow the discretionary appeal procedure to obtain review of the state court's order. See OCGA § 5-6-35 (a) (11); *Brown v. Rutledge*, 263 Ga. 470, 470 (435 SE2d 187) (1993). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Henriquez's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/28/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.